■ Laura Lankenau, Appellant, v Patrick K. Boles et al., Respondents. (Appeal No. 2.) [989 NYS2d 414]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered June 25, 2013. The order denied the motion of plaintiff for leave to reargue her motion to dismiss certain affirmative defenses of defendants.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.